# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ANTHONY FERRARA** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 2:15-CV-00182** |
| | § | **JURY DEMANDED** |
| | § | |
| | § | |
| **4JLJ, LLC d/b/a J4 OILFIELD SERVICES** | § | |

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Anthony Ferrara files this Certificate of Interested Parties. Plaintiff states that to his knowledge, the following have a financial interest in the outcome of this litigation:

1. Anthony Ferrara, Plaintiff;

2. James Moulton, Counsel for Plaintiff; and

3. 4JLJ, LLC d/b/a J4 Oilfield Services.

In the event that, during the course of this litigation, Plaintiffs discover other persons, associations of persons, firms, partnerships, corporations, parent corporations or other entities that have a financial interest in the outcome of this litigation, Defendant will file an amended disclosure.

Respectfully submitted,

  /s/   James Moulton_____
James Moulton
State Bar No. 24007712
Moulton & Price, P.C.
109 SH 110 South
Whitehouse, Texas 75791
Ph:   903-871-3163
Fax: 903-705-6860
jim@moultonprice.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this 21th day of May, 2015.

/s/  James Moulton_____