IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTHONY FERRARA<br>    *Plaintiffs,*<br><br>v.<br><br>4JLJ, LLC d/b/a J4 OILFIELD SERVICES<br>    *Defendants.* | §<br>§<br>§<br>§<br>§    Civil Action No. 2:15-cv-00182<br>§<br>§<br>§<br>§ |

### NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT
### 4JLJ, LLC D/B/A J4 OILFIELD SERVICES

**To the Honorable Judge Nelva Gonzales Ramos:**

Defendant 4JLJ, LLC d/b/a J4 Oilfield Services respectfully files this its Notice of Attorney Appearance. The Attorney-In-Charge for the Defendant will remain Daniel D. Pipitone of Munsch, Hardt, Kopf & Harr PC. Michael A. Harvey will serve as "Of Counsel" for the Defendant in this case. Defendant asks that Mr. Harvey be added to the electronic service list as well as receive facsimile copies of all Orders and other Notices from this Honorable Court.

Respectfully submitted,

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: */s/ Michael Harvey*
    **Michael A. Harvey**
    Texas Bar No. 24058352
    Federal Bar No. 917759
    700 Milam Street, Suite 2700
    Houston, Texas 77002
    Tel: (713) 222-4015
    Fax: (713) 222-5835
    mharvey@munsch.com

**ATTORNEYS FOR DEFENDANT**

- 2 -

**LEAD COUNSEL:**

Daniel D. Pipitone
State Bar No. 16024600
Federal Bar No. 0294
700 Milam Street, Suite 2700
Houston, Texas  77002
Telephone:     (713) 222-1470
Facsimile:      (713) 222-1475

**OF COUNSEL:**

**Munsch Hart Kopf & Harr**
700 Milam Street, Suite 2700
Houston, Texas 77002

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record by means of ECF this 15th day of April, 2016:

James Moulton
MOULTON & PRICE, P.C.
109 SH 110 South
Whitehouse, Texas 75791

                                            /s/ Michael A. Harvey
                                            Michael A. Harvey