UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



SEP 22 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| ANTHONY FERRARA | § § | |
| VS. | § § | 2:15CV182 |
| 4JLJ, LLC | § § | |

JURY NOTE NO. 1

WE HAVE REACHED A VERDICT

9-21-16  1:43 p.m.
**Date and Time**

**RESPONSE:**

**Date**

**NELVA GONZALES RAMOS**
**United States District Judge**