UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 22 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| ANTHONY FERRARA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-182 |
| | § | |
| 4JLJ, LLC; dba J4 OILFIELD SERVICES, | § | |
| | § | |
| Defendants. | § | |

# JURY VERDICT

**Question No. 1:** Did Defendant fail to pay Plaintiff Anthony Ferrara overtime pay for all hours worked by Plaintiff Anthony Ferrara?

Instruction: Plaintiff bears the burden of proving a violation of the FLSA. If you find Plaintiff has met his burden, answer "Yes." If not, answer "No."

Answer "Yes" or "No:"  __NO__

**Question No. 2:** Do you find that Defendant has proven that the Executive Exemption applies to Plaintiff Anthony Ferrara's employment with Defendant?

Instruction: Defendant bears the burden of proving exemptions to the FLSA. If you find Defendant has met its burden, answer "Yes." If not, answer "No.

Answer "Yes" or "No:"  __YES__

**Question No. 3:** Do you find that Defendant has proven that the Administrative Exemption applies to Plaintiff Anthony Ferrara's employment with Defendant?

1

Instruction: Defendant bears the burden of proving exemptions to the FLSA. If you find Defendant has met its burden, answer "Yes." If not, answer "No.

Answer "Yes" or "No:" __YES__

**Question No. 4:** Do you find that Defendant has proven that the Highly Compensated Employee Exemption applies to Plaintiff Anthony Ferrara's employment with Defendant?

Instruction: Defendant bears the burden of proving exemptions to the FLSA. If you find Defendant has met its burden, answer "Yes." If not, answer "No.

Answer "Yes" or "No:" __YES__

## VERDICT

We, the jury, return the foregoing as our unanimous verdict.

9-22-16
Date